JS-6

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARTIN VOGEL,

    Plaintiff,

    vs.

SIMPLY TACOS, INC. dba TACO BELL #009561; RANDY C. SOPP; CATHERINE M. SOPP,

    Defendants.
_____/

Case No.  2:13-cv-01701-PA-JCG

**ORDER RE: JOINT STIPULATION FOR DISMISSAL**

    Upon consideration of the Joint Stipulation for dismissal submitted by plaintiff Martin Vogel and defendants Simply Tacos, Inc. dba Taco Bell #009561, Randy C. Sopp and Catherine M. Sopp,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:  August 9, 2013    _____
                                      United States District Judge